**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ARTHUR LEE SNEED**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-971-L** |
| | § | |
| **STEPHEN H. MILLER,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Chris Pryor's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)(5) and (6) (Doc. 10), filed July 16, 2013; Defendant Richard Magnis' Motion to Dismiss Under Federal Rules 12(b)(1) and 12(b)(6) (Doc. 12), filed July 23, 2013; and (3) Defendant Stephen H. Miller's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)(5) and (6) (Doc. 17), filed October 17, 2013. Plaintiff Arthur Lee Sneed did not respond to any of the motions to dismiss. On January 13, 2014, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court *sua sponte* dismiss without prejudice this action for lack of subject matter jurisdiction and deny as moot Defendants' motions to dismiss. As of the date of this order, no objections to the Report were filed.

Having reviewed the pleadings in this case, the record, applicable law, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** the magistrate judge's findings and conclusions as those of the court, and ***sua sponte*** **dismisses without prejudice** this action for lack of subject matter jurisdiction. Accordingly, the court **denies as moot**: Defendant Chris Pryor's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)(5)

and (6) (Doc. 10); Defendant Richard Magnis' Motion to Dismiss Under Federal Rules 12(b)(1) and 12(b)(6) (Doc. 12); and (3) Defendant Stephen H. Miller's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2)(5) and (6) (Doc. 17).

**It is so ordered** this 31st day of January, 2014.

_____
Sam A. Lindsay
United States District Judge